1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Blvd., South, Ste. 5000
4  Las Vegas, Nevada 89101
   (702) 388-6300 / Fax: (702) 388-6698
5

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  -oOo-

9  UNITED STATES OF AMERICA,          )   2:11-CR-405-JCM-PAL
                                       )
10         Plaintiff,                  )   MOTION TO DISMISS CRIMINAL
                                       )   INDICTMENT PURSUANT TO
11     v.                              )   FEDERAL RULE OF CRIMINAL
                                       )   PROCEDURE 48(A) AND PROPOSED
12 DARYL GALTNEY,                      )   ORDER
                                       )
13         Defendant.                  )
                                       )
14

15         The United States of America, by and through the undersigned Assistant United States

16 Attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a)

17 to dismiss the Criminal Indictment filed against the Defendant, Daryl Galtney, on November 16,

18 2011 (*see* Docket #10), charging him with one (1) count of Felon in Possession of a Firearm in

19 violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

20         On May 14, 2013, before the Honorable Kent J. Dawson, the Defendant entered a guilty

21 plea, pursuant to a plea agreement between the parties, in the matter of United States vs. Victor

22 Williams, et al., case number 2:12-cr-175-KJD-VCF.  The plea agreement in that case called for

23 the dismissal of the instant case after rendition of sentence in the case before Judge Dawson.

24 Sentencing in the matter was held on August 20, 2013 at 9:00 a.m.  Consequently, the instant case

25 . . .

26 . . .

1 | is now ripe for dismissal.

    Respectfully submitted this, the 30th day of August, 2013.

                      DANIEL G. BOGDEN
                      United States Attorney

                      /s/

                      PHILLIP N. SMITH, JR.
                      Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-405-JCM-PAL |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DARYL GALTNEY, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss the Criminal Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on November 16, 2011 in the above-captioned case is hereby **DISMISSED**.

Trial scheduled for September 9, 2013, is hereby VACATED.

DATED September 4, 2013.

_____
Hon. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3